**Ronald Lee COOK, Plaintiff–Appellant,**

v.

**NABISCO, INCORPORATED, and its successors, Defendant–Appellee.**

**No. 01–2486.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Ronald Lee Cook, Appellant Pro Se. James V. Meath, King Fitchett Tower, Williams, Mullen, Clark & Dobbins, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In this employment discrimination action, Ronald Lee Cook appeals the district court's orders granting summary judgment to Nabisco, Inc., and denying Cook's motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cook v. Nabisco, Inc.*, No. CA–00–804–3 (E.D. Va. Nov. 6 & 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*